UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LENARD E. SCHWARTZER,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE CO.,<br><br>　　　　　　　　　　　　　Defendant. | Case No. 2:15-cv-01115-APG-PAL<br><br>ORDER |

Before the court is the parties' Amended Stipulated Discovery Plan and Proposed Scheduling Order (Dkt. #12) filed October 7, 2015.

On July 27, 2015, the parties filed a Proposed Discovery Plan and Scheduling Order (Dkt. #10) requesting nine months to complete discovery. On July 31, 2015, the court denied the parties' request and entered an Order (Dkt. #11) which gave the parties a standard 180-day plan in which to complete discovery. In the current amended discovery plan, the parties now request a 120-day extension of discovery and related deadlines, or more time than they the originally requested which the court originally denied.

Having reviewed and considered the matter, the court finds the parties have not established good cause for a 120 day extension or due diligence in attempting to comply with court imposed deadlines. It appears the parties have made initial disclosures but have not engaged in any other discovery.

/ / /

/ / /

/ / /

/ / /

1

1       **IT IS ORDERED** that the parties' Amended Stipulated Discovery Plan and Proposed Scheduling Order (Dkt. #12) is **DENIED**.

DATED this 26th day of October, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE