NELSON L. COHEN, ESQ.
Nevada State Bar No. 7657
PAUL A. ACKER, ESQ.
Nevada State Bar No. 3670
TROY A. CLARK, ESQ.
Nevada State Bar No. 11361
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
ncohen@bremerwhyte.com
packer@bremerwhyte.com
tclark@bremerwhyte.com

Attorneys for Defendant,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LENARD E. SCHWARTZER, in his capacity as Bankruptcy Trustee for the Bankruptcy Estate of Alisson Santos,<br><br>Plaintiff,<br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a corporation; and DOES I through V; and, ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01115-APG-PAL<br><br>**AMENDED STIPULATED DISCOVERY PLAN and PROPOSED SCHEDULING ORDER** |

COMES NOW, NOW Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY, by and through its attorneys of record, Nelson L. Cohen, Esq., Paul A. Acker, Esq. and Troy A. Clark, Esq. of Bremer Whyte Brown & O'Meara LLP, and Plaintiff LENARD E. SCHWARTZER, in his capacity as Bankruptcy Trustee for the Bankruptcy Estate of Alisson Santos by and through his attorney of record, Mark Jackson of the Law Firm of Vannah and Vannah and hereby stipulate as follows:

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

Macintosh HD:Users:mjackson:Downloads:Stip 003 - Continue Hearing.docx

The hearing for Motion to Strike Plaintiff's Expert Jeffrey Stempel currently set for March 29, 2016 be continued until at least April 15, 2016 and reset to a date mutually convenient for the Court and the parties.

The parties represent that this stipulation is in good faith and not for purposes of delay.

Date this 24th of March, 2016                         Date this 24th of March, 2016

By: /s/ Mark Jackson
Mark Jackson, Esq.
Nevada State Bar No. 10905
Attorney for Plaintiff
Lenard E. Schwartzer in his capacity
As Bankruptcy Trustee for the
Bankruptcy Estate of Alisson Santos

By: /s/ Troy Clark
Nelson L. Cohen, Esq.
Nevada State Bar No. 7657
Paul A. Acker, Esq.
Nevada State Bar No. 3670
Troy A. Clark, Esq.
Nevada State Bar No. 11361
Attorneys for Defendant,
American Family Mutual Insurance Company

**IT IS ORDERED** that the hearing on the Motion to Strike currently set for March 29, 2016, is **VACATED** and **CONTINUED** to April 18, 2016, at 9:00 a.m., in Courtroom 3B.

Dated this 25th day of March, 2016.

/s/ Peggy A. Leen
Peggy A. Leen
United States Magistrate Judge

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665