UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEONARD E. SCHWARTZER,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE CO.,<br><br>    Defendant. | Case No. 2:15-cv-01115-APG-PAL<br><br>**ORDER** |

   Pursuant to the scheduling order (ECF No. 11), the proposed joint pretrial order was due 30 days after a decision on the dispositive motions. I resolved those motions on September 27, 2016. ECF No. 51. The parties have not yet filed a proposed joint pretrial order even though more than 30 days have elapsed.

   IT IS THEREFORE ORDERED that the parties shall file a proposed joint pretrial order that complies with the Local Rules on or before November 30, 2016.

   DATED this 9th day of November, 2016.

                                                              _____
                                                              ANDREW P. GORDON
                                                              UNITED STATES DISTRICT JUDGE