UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEONARD E. SCHWARTZER,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE CO.,<br><br>Defendant. | Case No. 2:15-cv-01115-APG-PAL<br><br>**ORDER REJECTING PROPOSED JOINT PRETRIAL ORDER**<br><br>(ECF No. 54) |

The parties have submitted a proposed joint pretrial order that fails to comply with Local Rules 16-3 and 16-4. ECF No. 54. It appears that the parties simply identified as exhibits every document that was produced or filed in this case, rather than carefully reviewing the relevant documents to determine which will be used at trial. Nor do the parties specify their objections to the proposed exhibits. Parties are required to identify their trial exhibits and objections, and cannot "reserve the right" to supplement or object later. Further, the parties designate entire deposition transcripts, rather than specific page and line designations. Such broad designations of transcripts make it impossible for the other party to properly object. The proposed order is replete with additional inadequacies; I do not care to waste my time cataloguing those for the parties.

Local Rule 16-3 requires the parties to personally discuss these and other issues. The requirements set forth in Local Rules 16-3 and 16-4 are designed to streamline the trial preparation and presentation, and to foster settlement. It is apparent from the proposed Joint Pretrial Order that the parties either ignored Local Rule 16-3, or did not properly conduct the required conference in the spirit of the rule.

/ / / /

/ / / /

/ / / /

IT IS ORDERED that the parties' Joint Pretrial Order (**ECF No. 54**) is **REJECTED**. The parties shall personally confer as required in Local Rule 16-3, and submit a Joint Pretrial Order that complies with Local Rule 16-4 by January 27, 2017.

DATED this 28th day of December, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE