SAO
ROBERT VANNAH, ESQ.
NEVADA BAR NO. 002503
MARK L. JACKSON
NEVADA BAR NO. 010905
VANNAH & VANNAH
400 South Seventh St., Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 369-4161
Facsimile:  (702) 369-0104
mjackson@vannahlaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LENARD E. SCHWARTZER, in his capacity as the Bankruptcy Trustee for the Bankruptcy Estate of Alisson Santos,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a corporation; and DOES I through V; and, ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | CASE NO.: **2:15-cv-01115-APG-PAL**<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT JOINT PRETRIAL ORDER**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, LENARD E. SCHWARTZER and Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY, by and through their undersigned counsel, that the following extension be made to the pretrial order schedule in this matter. If granted, this will be the first extension to the pretrial order schedule.

Counsel for Plaintiff and Defendant have been unable to meet to review the proposed exhibits before submitting a pretrial order, as requested by the Honorable Judge Gordon, and now request an extension of time to do so. Counsel for both Parties have exchanged exhibits and page-line designations for proposed depositions, and are in the process of finalizing stipulations to exhibits. Counsel have been unable to conduct the meet and confer as required as Counsel for

Plaintiff has been conducting depositions and mediations all week, and counsel for Defendant has been ill, creating a situation where neither party has been able to meet with the other. Additionally, counsel for Plaintiff will be out of town from January 26, 2017, until January 30, 2017, on pre-existing business, creating an insurmountable obstacle to convening a physical meeting of both counsel before the deadline on January 27, 2017. Counsel for both parties now stipulate and agree to the following:

    1.    Counsel for Plaintiff and Defendant shall have up to and including February 3, 2017, to conduct a meaningful meet and confer and submit a joint pretrial order that complies with Local Rules 16-3 and 16-4 and this Court's December 28, 2016 Order.

/s/ MARK L. JACKSON

MARK L. JACKSON, ESQ.
Nevada Bar No.: 010905
VANNAH & VANNAH
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Counsel for Plaintiff*

/s/ TROY A. CLARK

PAUL A. ACKER, ESQ.
Nevada Bar No.: 3670
TROY A. CLARK, ESQ.
Nevada Bar No.: 11361
BREMER WHYTE BROWN & O'MEARA, LLP
1160 N. Town Center Dr., Suite 250
Las Vegas, Nevada 89144
*Counsel for Defendant*

///
///
///
///
///
///
///

# ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Counsel for Plaintiff and Defendant shall have up to and including February 3, 2017, to conduct a meaningful meet and confer and submit a joint pretrial order that complies with Local Rules 16-3 and 16-4 and this Court's December 28, 2016 Order.

IT IS SO ORDERED this  9th  day of  March , 2017.

By: _____
U.S. DISTRICT COURT JUDGE

Respectfully submitted:		January 25, 2017

| /s/ MARK L. JACKSON | /s/ TROY A. CLARK |
|---|---|
| MARK L. JACKSON, ESQ.<br>Nevada Bar No.: 010905<br>VANNAH & VANNAH<br>400 S. Seventh Street, Suite 400<br>Las Vegas, Nevada 89101<br>*Counsel for Plaintiff* | PAUL A. ACKER, ESQ.<br>Nevada Bar No.: 3670<br>TROY A. CLARK, ESQ.<br>Nevada Bar No.: 11361<br>BREMER WHYTE BROWN & O'MEARA, LLP<br>1160 N. Town Center Dr., Suite 250<br>Las Vegas, Nevada 89144<br>*Counsel for Defendant* |