PAUL A. ACKER, ESQ.
Nevada State Bar No. 3670
TROY A. CLARK, ESQ.
Nevada State Bar No. 11361
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
packer@bremerwhyte.com
tclark@bremerwhyte.com

Attorneys for Defendant,
AMERICAN FAMILY MUTUAL INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LENARD E. SCHWARTZER, in his capacity as Bankruptcy Trustee for the Bankruptcy Estate of Alisson Santos,<br><br>Plaintiff,<br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a corporation; and DOES I through V; and, ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01115-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, NOW Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY, by and through its attorneys of record, Paul A. Acker, Esq. and Troy A. Clark, Esq. of Bremer Whyte Brown & O'Meara LLP, and Plaintiff LENARD E. SCHWARTZER, in his capacity as Bankruptcy Trustee for the Bankruptcy Estate of Alisson Santos by and through his attorney of record, Mark Jackson of the Law Firm of Vannah and Vannah and hereby stipulate as follows:

///

///

///

O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

C:\Users\kchapman\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\YZPQ2ISA\Stip 004 - Dismissal.docx

That this matter is to be dismissed with Prejudice. Each party is to bear their own costs and attorney's fees.

The parties represent this Stipulation is entered into in good faith and not for the purposes of undue delay.

Date this 12th of October, 2017

s/ Mark Jackson

By: _____
Mark Jackson, Esq.
Nevada State Bar No. 10905
Attorney for Plaintiff
Lenard E. Schwartzer in his capacity
As Bankruptcy Trustee for the
Bankruptcy Estate of Alisson Santos

Date this 12th of October, 2017

By: *Troy Clark*
Paul A. Acker, Esq.
Nevada State Bar No. 3670
Troy A. Clark, Esq.
Nevada State Bar No. 11361
Attorneys for Defendant,
American Family Mutual Insurance Company

## ORDER

IT IS HERBY ORDERED, ADJUDGED, AND DECREED that this matter shall be dismissed with Prejudice and that the parties shall bear their own costs and attorney's fees in connection with these claims.

Dated: October 12, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

*Troy Clark*
_____
Paul A. Acker, Esq.
Nevada State Bar No. 3670
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
Attorneys for Defendant
American Family Mutual Insurance Company

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

C:\Users\kchapman\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\YZPQ2ISA\Stip 004 - Dismissal.docx